UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re Carolina B. Cruz | |
|---|---|
| Carolina B. Cruz, Appellant, v. Wells Fargo Bank, N.A.,, Appellee. | Case No.: 3:17-CV-2333-CAB-NLS **ORDER DISMISSING BANKRUPTCY APPEAL** |

On November 16, 2017, Appellant Carolina Cruz noticed this appeal from an order of the Bankruptcy Court for the Southern District of California. On November 28, 2017, the Court set a briefing schedule requiring submission of the Record on Appeal no later than January 16, 2018, and for Cruz to file her opening brief by February 5, 2018. As of the date below, no record has been submitted, and Cruz has not filed her opening brief. Accordingly, it is hereby **ORDERED** that this appeal is **DISMISSED**.

It is **SO ORDERED**.

Dated: February 13, 2018

Hon. Cathy Ann Bencivengo
United States District Judge