

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>Carolina B. Cruz | Civil Action No. <u>17-cv-02333-CAB-NLS</u> |
| Appellant<br>Carolina B. Cruz, Debtor | |
| V. | **JUDGMENT IN A CIVIL CASE** |
| Appellee<br>Wells Fargo Bank, N.A. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This appeal is Dismissed. It Is So Ordered.

**Date:** <u>      2/13/18      </u>

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Gutierrez

J. Gutierrez, Deputy